COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:          In the Matter of K. T. S.

Appellate case number:        01-18-0778-CV

Trial court case number:      2017-02717J

Trial court:                  315th District Court of Harris County

      This is an accelerated appeal from a juvenile certification order. Appeals in juvenile certification cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate appeal, Misc. Docket No. 15-9156 (Tex. Aug. 28, 2015). On March 27, 2018, counsel for appellant, K. T. S., Gary M. Polland, timely filed a notice of appeal in the trial court from the March 27, 2018 order to waive jurisdiction, setting the 180-day compliance deadline for September 21, 2018. *See id.* at 3(a).

      Although the notice of appeal did not indicate whether Polland was appointed or whether appellant was appealing as indigent, the trial court found in its order that it had appointed Polland as appellant's trial counsel more than ten days before the March 20, 2018 hearing. Accordingly, the Court sua sponte **directs** the Clerk of this Court to mark the appellant, K. T. S., indigent in this Court's records and allowed to proceed without advance payment for purposes of the filing, clerk's, and reporter's record fees. Appellant's counsel, **Gary M. Polland**, is **ordered** to file the docketing statement **within 5 days of the date of this Order.**

      However, the district clerk did not file the letter of assignment assigning this appeal to this Court until August 28, 2018. The district clerk's civil/family post-trial supervisor filed an information sheet in this Court explaining that the post-trial department did not receive the notice of appeal from the trial court clerk until after Polland had provided a file-stamped copy on August 28, 2018. On August 29, 2018, the district clerk filed a first motion for extension of time to file the clerk's record until September 10, 2018.

Although this is the district clerk's first extension request, the accelerated schedule in juvenile certification cases requires greater compliance with deadlines and greater scrutiny of extensions. The district clerk explained that it needed more time to put together the clerk's record because it had recently filed this appeal with this Court. Assuming the notice of appeal had been transferred promptly and this appeal assigned here soon thereafter, the records were to have been filed in this Court by April 6, 2018. *See* TEX. R. APP. P. 26.1(b), 35.1(b). Given the delay in assigning this appeal here was apparently due, at least in part, to the district clerk not promptly transferring the notice of appeal to the civil/family post-trial department, that put this Court's compliance response deadline at September 21, 2018, just 24 days after this appeal was assigned here, which requires this Court to expedite the deadline for filing the records. *See* TEX. R. APP. P. 35.3(c) (noting that "appellate court may enter any order necessary to ensure the timely filing of the appellate record.").

Accordingly, the district clerk's motion for an extension of time to file the clerk's record is **GRANTED, in part, until September 4, 2018, but no further extensions will be granted absent extraordinary circumstances.** *See* TEX. R. APP. P. 38.6(d).

Similarly, the Court sua sponte **ORDERS** the court reporter, **Cara Massey**, or the substitute reporter, to prepare, certify, and file a reporter's record in this appeal, without advance payment of costs, **no later than September 4, 2018**. *See* TEX. R. APP. P. 20.1(j)(3), 34.6(d). **No extensions will be granted absent extraordinary circumstances**.

Finally, the Court sua sponte **ORDERS** appellant's brief to be filed **within 10 days** of the date of the filing of the appellate records. *See* TEX. R. APP. P. 2, 38.6(a), (d). Appellee's brief, if any, is **ORDERED** to be filed **within 10 days** of the date of the filing of appellant's brief. *See* TEX. R. APP. P. 2, 38.6(b), (d). **No extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: /s/ Laura Higley

X Acting individually ☐ Acting for the Court

Date: August 30, 2018